[Crim. No. 1178. First Appellate District, Division Two.—June 12, 1924.]

## THE PEOPLE, Respondent, v. JOHN COURTNEY, Appellant.

[1] CRIMINAL LAW—RAPE—EVIDENCE—APPEAL.—In this prosecution for rape, accomplished by force and violence, the evidence introduced to support the charge left no possible doubt of defendant's guilt, and stood unchallenged, as no testimony was offered by defendant; and the points raised on appeal by defendant were trivial and devoid of any merit.

---

(1) 17 C. J., p. 368, sec. 3751; 33 Cyc., p. 1486.

APPEAL from a judgment of the Superior Court of Alameda County. Fred V. Wood, Judge. Affirmed.

The facts are stated in the opinion of the court.

H. D. Perry for Appellant.

---

1. See 22 R. C. L. 1220.

U. S. Webb, Attorney-General, and Wm. F. Cleary, Deputy Attorney-General, for Respondent.

LANGDON, P. J.—[1] The defendant was charged with rape, accomplished by force and violence. The evidence introduced to support the charge leaves no possible doubt of defendant's guilt. This evidence stands unchallenged, as no testimony was offered by the defendant.

The points raised by appellant are trivial and devoid of any merit whatsoever and not worthy of discussion here. Under the circumstances, no useful purpose could be served by setting forth a statement of the facts and thereby spreading the filth of this record over the pages of the Appellate Reports.

The judgment is affirmed.

Sturtevant, J., and Nourse, J., concurred.